LEWIS KEEFER, plaintiff in error, agt. HENRY J. KEEFER, defendant in error.

A motion made to set aside a writ of error will be denied with costs, where it appears that the writ is not actually returned and filed.

*December Term,* 1845.

MOTION by defendant in error to set aside writ of error and proceedings.

This motion was denied, with $7 costs, without prejudice, for the reason that the writ of error was not returned and filed in this court.

S. STEVENS, *defendant's counsel.*

WM. ENO, *defendant's attorney.*

R. W. PECKHAM, *plaintiff's counsel.*

A. L. PINNEY, *plaintiff's attorney.*